Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO IBARRA, | Case No. CV 05-7494-RSWL (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| GEORGE J. GIURBINO, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 11, 2009

RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge